RECEIVED

MAR 03 2008

MAR - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Khalil Ghanem
7020 W. 87th St
Burbank IL 60459 Plaintiff(s)

v.

CVS Pharmacy
3637 N Southport
Chicago IL 60613 Defendant(s)

Case No.

**08CV1276
JUDGE ZAGEL
MAG. JUDGE SCHENKIER**

## Complaint

The U.S. military and their hired individuals are still contaminating our food and drink. They did the same to the clothes we wear and the air we breath. They are doing this everywhere and anytime. In fact now they are using their technology and their advanced weaponary in causing harm to us. Lately they are using Laser Tazer ray weapons in causing interior damage to our bodies. Furthermore, they, the U.S. military and their hired individuals start to contaminate my medication by going to the pharmacy like CVS and ask them to sell me contaminated medicine.

Kl. Ghanem

3-3-2008

3