# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1276 | **DATE** | 5/14/2008 |
| **CASE TITLE** | KHALIL GHANEM vs. CVS PHARMACY | | |

**DOCKET ENTRY TEXT**

The application for leave to proceed in forma pauperis [3] is denied. Plaintiff failed to answer all questions within the application. Motion for appointment of counsel [4] is denied without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|